IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA SEXTON,

      Plaintiff,                          No. CIV S-06-2792 DFL EFB PS

      vs.

BEAU OF FEDERAL INVESTIGATION,

      Defendant.                  FINDINGS & RECOMMENDATIONS
_____/

      By order filed January 10, 2007, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

1

1  *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

2  DATED: February 26, 2007.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE