IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA SEXTON,

        Plaintiff,                  No. CIV S-06-2792 DFL EFB PS

       vs.

BEAU OF FEDERAL                 ORDER
INVESTIGATION,

        Defendant.
_____/

       This action, in which plaintiff is proceeding pro se, was referred to the undersigned by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

       On January 10, 2007, the court granted plaintiff's application to proceed *in forma pauperis* and dismissed her complaint with thirty days leave to amend. The thirty-day period passed and plaintiff failed to file an amended complaint. Accordingly, on February 27, 2007, the court issued findings and recommendations that the action be dismissed without prejudice. Plaintiff has filed objections to those findings and recommendations, which the court construes as a request for an extension of time to file an amended complaint.

////

////

////

1

1  Good cause appearing, the court hereby vacates its findings and recommendations filed
2  February 27, 2007, and grants plaintiff thirty days from the date of service of this order to file an
3  amended complaint.  No further extensions will be granted and failure to timely file an amended
4  complaint may result in a recommendation that this action be dismissed.
5      SO ORDERED.
6  DATED:  March 19, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2