IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA SEXTON,

    Plaintiff,   CIV-S-06-2792 JAM EFB PS

    vs.

BEAU OF FEDERAL INVESTIGATION,

    Defendant.   ORDER
_____/

    On May 22, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

    Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

////

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 22, 2007, are ADOPTED;

2. The complaint is dismissed without further leave to amend; and,

3. The Clerk is directed to close the case.

DATED: 9/24/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE